712

MAX MORGANTHAL, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 35817.)

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.   [27 Misc 2d 731.]

MARTIN JABLON, Doing Business as EAST HILLS PHARMACY, Respondent, v. STATE OF NEW YORK, Appellant.   (Claim No. 35834.)

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.   [27 Misc 2d 731.]

REUBEN GURWITZ et al., Doing Business as GURWITZ & SHAPANKA, Respondents, v. STATE OF NEW YORK, Appellant.   (Claim No. 35816.) —

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.   [27 Misc 2d 731.]